NO. 07-11-0116-CR
NO. 07-11-0117-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 13, 2011
_____

JUAN FRANCISCO PACHECO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NOS. 61,408-B & 62,495-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court are Appellant's *Motions to Withdraw Appeals* in which he represents that he no longer wishes to pursue these appeals. The motions are signed by Appellant's attorney. Tex. R. App. P. 42.2(a). Appellant did not, however, sign the motions as required by Rule 42.2(a) of the Texas Rules of Appellate Procedure. Rather, Appellant's signature is affixed to documents entitled *Appellant's Consent to Motion to Withdraw Appeals* in which he confirms that he wishes to withdraw

these appeals.  Therefore, we suspend the operation of that portion of Rule 42.2(a) insofar as it requires that Appellant's signature be affixed to the *Motions to Withdraw Appeals* and accept Appellant's signature on his *Consent to Withdraw Appeals* as satisfying the requirements of Rule 42.2(a).  *See* Tex. R. App. P. 2.  No decision of this Court having been delivered, the motions are granted and the appeals are dismissed.  No motions for rehearing will be entertained and our mandates will issue forthwith.


                                        Patrick A. Pirtle
                                        Justice



Do not publish.